IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES M. YOCOM,
        Plaintiff,

v.                                           Case No:  3:05cv20/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of the
Social Security Administration,
        Defendant.

_____/

## **REPORT AND RECOMMENDATION**

This action was initiated under the Social Security Act to obtain judicial review of a final decision of the Commissioner of the Social Security Administration denying Plaintiff's claim for benefits. The case was subsequently remanded to the Commissioner upon motion by the Defendant (Docs. 4, 5, 6). Upon remand, a decision favorable to the Plaintiff was entered by the Commissioner and the Commissioner has now moved for a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure (*see* Doc. 11). Thereafter, the undersigned issued an order requiring the Plaintiff to show cause why the relief requested by the Commissioner should not be granted (Doc. 12). Plaintiff filed no objections to the Commissioner's motion. Accordingly, the Commissioner's motion should be granted in light of the decision favorable to the Plaintiff.

In view of the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. The Defendant's Motion for Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure (Doc. 11) be **GRANTED**.

2. The clerk be directed to close this file.

At Pensacola, Florida, this 31st day of October 2005.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed recommendations must be filed within ten days after being served a copy hereof.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).