**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JAMES M. YOCOM,

    Plaintiff,

vs.                                      Case No:   3:05cv20/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of the
Social Security Administration,

    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 31, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.  Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Defendant's Motion for Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure (Doc. 11) is **GRANTED**.

    3.  The clerk is directed to close this file.

    **DONE AND ORDERED** this 7th day of December, 2005.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS
                                          UNITED STATES DISTRICT JUDGE**